# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00618-CV

**A-L Creekside Town Center, L.P.; and City of New Braunfels, Texas, Appellants**

**v.**

**New Braunfels IH-35 Retail Associates, L.P., Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
## NO. C2008-0805A, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants, A-L Creekside Town Center, L.P. and City of New Braunfels, Texas, and appellee, New Braunfels IH-35 Retail Associates, L.P., have jointly filed with this Court an agreed motion to dismiss the appeal, informing the Court that they have settled their dispute. The parties state that Retail Associates, plaintiff in the trial court, has agreed to dismiss the City from its lawsuit and has entered into a settlement agreement with Creekside. The parties move that we dismiss the appeal and remand to the district court for further proceedings to effectuate the settlement agreement. We grant the parties' agreed motion, dismiss the appeal, and remand to the trial court for further proceedings consistent with the parties' agreement. *See* Tex. R. App. P. 42.1.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed and Remanded

Filed:   July 7, 2009